STATE OF NORTH CAROLINA v. WILLIAM ROUNTREE

No. 755SC646

(Filed 19 November 1975)

APPEAL by defendant from *Fountain, Judge*. Judgment entered 4 March 1975 in Superior Court, NEW HANOVER County. Heard in the Court of Appeals 10 November 1975.

*Attorney General Edmisten by Assistant Attorney General James E. Magner, Jr. for the State.*

*Jay D. Hockenbury for defendant appellant.*

MORRIS, PARKER and MARTIN, Judges.

No error.

STATE OF NORTH CAROLINA v. JOSEPH CARL BUNCH

No. 7510SC640

(Filed 19 November 1975)

APPEAL by defendant from *McKinnon, Judge*. Judgment entered 8 April 1975 in Superior Court, WAKE County. Heard in the Court of Appeals 13 November 1975.

*Attorney General Edmisten by Assistant Attorney General John M. Silverstein for the State.*

*Johnson, Gamble and Shearon by Richard O. Gamble for defendant appellant.*

MORRIS, PARKER and MARTIN, Judges.

No error.